**The matter addressed in this rejected order and accompanying motion is unresolved for the reason(s) set forth below.**



**Motion must be filed in the adversary proceedings not the main case, movant should resubmit in the appropriate adversary cases.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STREAMLINE PRODUCTION | ) | Case No. 3:23-bk-02638 |
| GROUP, LLC, | ) | Chapter 7 |
| | ) | Judge Walker |
| Debtor. | ) | |

### ORDER TO CONTINUE PRETRIAL CONFERENCES

Before this Court is the motion of Eva M. Lemeh, Chapter 7 Trustee herein ("Trustee"), who asks this Court to continue the pretrial conferences of all of the below listed adversary proceedings set in this matter to November 12, 2025, at 11:00 a.m. The requested continuance allows the Trustee and defendants to discuss possible resolutions to the matters and is in the best

interest of all parties involved. Presently the pretrial conferences are scheduled for October 1, 2025, at 11:00 a.m. for the following adversary proceedings:

- *Lemeh v. Apple, Inc.*, 3:25-ap-90072;
- *Lemeh v. Audio Visual Nation, LLC*, 3:25-ap-90073;
- *Lemeh v. CTS*, 3:25-ap-90075;
- *Lemeh v. Myers*, 3:25-ap-90076;
- *Lemeh v. Elan Fin. Servs. Corp.*, 3:25-ap-90077;
- *Lemeh v. Flavor Catering*, LLC, 3:25-ap-90079;
- *Lemeh v. Foster Realty LLC*, 3:25-ap-90078;
- *Lemeh v. LSV, LLC*, 3:25-ap-90082;
- *Lemeh v. No Name Group, LLC*, 3:25-ap-90071;
- *Lemeh v. Quest Events, LLC*, 3:25-ap-90084;
- *Lemeh v. Streamline Prods., LLC*, 3:25-ap-90086;
- *Lemeh v. Symphony Advice, LLC*, 3:25-ap-90087;
- *Lemeh v. Zoominfo Techs., LLC*, 3:25-ap-90088.

For good cause shown, the Trustee's motion is hereby **GRANTED**, and it is therefore **ORDERED** that the pretrial conferences in these adversary proceedings are continued to November 12, 2025, at 11:00 a.m. Upon entry of this Order, counsel for the Trustee will serve a copy of this Order on all parties listed in the certificate of service on the Motion.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

REJECTED

Case 3:23-bk-02638   Doc 123   Filed 09/24/25   Entered 09/24/25 08:23:01   Desc Main
Document      Page 2 of 3

Prepared and approved for entry by:

/s/ Trent Meriwether
Phillip G. Young, Jr.
Justin Campbell
Trent Meriwether
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
phillip@thompsonburton.com
justin@thompsonburton.com
tmeriwether@thompsonburton.com
*Counsel for Chapter 7 Trustee*

