| | |
|---|---|
| IN RE: | ) |
| | ) |
| STREAMLINE PRODUCTION GROUP, LLC, | )　　Case No: 3:23-bk-02638 |
| | )　　Chapter 7 |
| Debtor. | ) |

**NOTICE OF AGENDA OF ADVERSARY PROCEEDINGS SCHEDULED FOR**
**PRETRIAL CONFERENCE ON MARCH 11, 2026, AT 11:00 A.M.**

COMES NOW Eva M. Lemeh, Chapter 7 Trustee (the "Trustee"), of the above-captioned debtor (the "Debtor"), and hereby files her Agenda for the adversary proceeding pretrial conferences scheduled for **March 11, 2026, at 11:00 a.m. (prevailing Central Time)** (the "Agenda").

1. ***Adv. Proc. 25-90071, Lemeh v. No Name Group, LLC***
*Status:* After the Trustee filed an amended complaint, Defendant filed another motion to dismiss. The Trustee's response brief is on file, with Defendant's reply due January 28, 2026, and the hearing occurred on February 11, 2026.

    *Recommendation:* The Trustee recommends that this Court hold off on setting the pretrial conference in this matter until it rules on Defendant's motion to dismiss. At that time, the parties should know how they intend to proceed.

2. ***Adv. Proc. 25-90073, Lemeh v. Audio Visual Nation, LLC***
*Status:* The Trustee has filed a default motion with a March 9 response deadline. (Doc. 15.) Absent a response, the Trustee anticipates having uploaded a proposed order for default prior to the March 11 hearing.

    *Recommendation:* If no response comes by the March 9 response deadline, the Trustee recommends not resetting the pretrial conference, entering the forthcoming proposed default judgment order instead. If a response does come, the Trustee recommends resetting the pretrial conference to April 29, 2026, for the parties to consider a path forward.

3. ***Adv. Proc. 25-90075, Lemeh v. Crystal Taylor Systems, Inc. d/b/a CTS***
*Status:* This Court entered the 9019 Motion and Notice for Compromise and Settlement. (Doc. 12.) Following the parties fulfilling the settlement's terms, the Trustee filed a Notice of Voluntary Dismissal awaiting this Court's attention. (Doc. 15.)

*Recommendation:* Following the settlement's approval and consummation, no pretrial conference is needed. The case should be closed.

4. ***Adv. Proc. 25-90076, Lemeh v. Daniel Myers d/b/a DTM Media***
*Status:* The Defendant has filed an answer in this case. The Trustee is continuing to discuss settlement with the Defendant.

*Recommendation:* The Trustee will be prepared to give the Court an update on this matter at the pretrial conference, and recommends that the pretrial conference in this matter be reset for April 29, 2026, to allow the parties further time for settlement discussions.

5. ***Adv. Proc. 25-90077, Lemeh v. Elan Financial Services Corp.***
*Status:* The Trustee continues trying to effect service upon the Defendant.

*Recommendation:* The Trustee recommends that the pretrial conference in this matter be reset for March 29, 2026, to allow more time to effect service.

6. ***Adv. Proc. 25-90078, Lemeh v. Foster Realty, LLC***
*Status:* The Trustee has filed a 9019 Motion to Approve Compromise and Settlement with a March 10 response deadline. (Doc. 13.) Absent a response, the Trustee anticipates having uploaded a proposed order approving the settlement prior to the March 11 hearing.

*Recommendation:* If no response comes by the March 10 response deadline, the Trustee recommends not resetting the pretrial conference, allowing the parties time to consummate their settlement. If a response does come, the Trustee recommends resetting the pretrial conference to April 29, 2026, for the parties to consider a path forward.

7. ***Adv. Proc. 25-90082, Lemeh v. LSV, LLC d/b/a Vitullo Advisory Services***
*Status:* The Trustee continues trying to effect service upon the Defendant.

*Recommendation:* The Trustee recommends that the pretrial conference in this matter be reset for April 29, 2026, to allow more time to effect service.

8. ***Adv. Proc. 25-90084, Lemeh v. Quest Events, LLC***
*Status:* The Trustee has filed a default motion with a March 9 response deadline. (Doc. 16.) Absent a response, the Trustee anticipates having uploaded a proposed order for default prior to the March 11 hearing.

*Recommendation:* If no response comes by the March 9 response deadline, the Trustee recommends not resetting the pretrial conference, entering the forthcoming proposed default judgment order instead. If a response does come, the Trustee recommends resetting the pretrial conference to April 29, 2026, for the parties to consider a path forward.

9. ***Adv. Proc. 25-90086, Lemeh v. Streamline Productions, LLC***
*Status:* The Defendant has filed an answer in this case. The Trustee is continuing to discuss settlement with the Defendant.

*Recommendation:* The Trustee will be prepared to give the Court an update on this matter at the pretrial conference, and recommends that the pretrial conference in this matter be reset for April 29, 2026, to allow the parties further time for settlement discussions.

10. ***Adv. Proc. 25-90087, Lemeh v. Symphony Advice LLC***
*Status:* The Trustee has filed a default motion with a March 9 response deadline. (Doc. 15.) Absent a response, the Trustee anticipates having uploaded a proposed order for default prior to the March 11 hearing.

*Recommendation:* If no response comes by the March 9 response deadline, the Trustee recommends not resetting the pretrial conference, entering the forthcoming proposed default judgment order instead. If a response does come, the Trustee recommends resetting the pretrial conference to April 29, 2026, for the parties to consider a path forward.

*/s/ Phillip G. Young, Jr.*
Phillip G. Young, Jr.
Justin Campbell
Trent Meriwether
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6000
phillip@thompsonburton.com
justin@thomsponburton.com
tmeriwether@thompsonburton.com
*Counsel for the Trustee*